USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH RITTER MARINO,

    Plaintiff,

-against-

CVS HEALTH and HILLARY WILLIAMS,

    Defendants.

Case No. 23-CV-784

& ORDER

STIPULATION OF DISMISSAL
WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), It is hereby stipulated and agreed by and between the parties that this action be and is hereby dismissed *with* prejudice, in its entirety and waiving all rights of appeal, and without any costs, fees, or disbursements assessed against any party.

_____
Sarah Marino (*Pro Se Plaintiff*)
88 Delavan Avenue
Beacon, New York 12508
Telephone: (914) 456-2121
Email: rittermarino@gmail.com

Dated: March 11, 2024

 s/ Marcy A. Gilroy
Marcy A. Gilroy, Esq.
**LITTLER MENDELSON, P.C.**
*Attorneys for Defendants*
One Newark Center, 8th Floor
Newark, New Jersey 07102
Telephone: (973) 848-4734
Facsimile: (973) 556-1691
Email: mgilroy@littler.com

Dated: March 6, 2024

SO ORDERED:

[signature]
USDJ
4/12/24